NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD D. NYE,                      )
                                    )
        Appellant,                  )
                                    )
v.                                  )          Case No. 2D17-4061
                                    )
STATE OF FLORIDA,                   )
                                    )
        Appellee.                   )
_____)

Opinion filed March 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Collier County; Frederick R. Hardt,
Judge.

PER CURIAM.

        Affirmed.

NORTHCUTT, LUCAS, and SALARIO, JJ., Concur.